UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASIM MUNIR, et al <br>     Plaintiffs, <br><br> v. <br><br> The Rhode Island Superior Court Corporation, <br>     Defendant. | C.A. No. 22-039-MSM-PAS |

ORDER

On March 7, 2022, Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R"), (ECF No. 13), recommending that the Court Summarily Dismiss the Plaintiffs' complaint (ECF No. 1) without prejudice. After having carefully reviewed the relevant papers and having heard no objections, the Court ACCEPTS the R&R and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, the Plaintiffs' complaint (ECF No. 1) is DISMISSED without prejudice. Plaintiff Munir's Motion for Leave to Proceed in forma pauperis (ECF No. 7) is DENIED. All other motions are DENIED as moot.[1] Motions filed by Gregory Hampton-Boyd to Proceed in forma pauperis (ECF No. 14) and by Curtis Maxie and Juan Gibson for Joinder (ECF No. 16) and (ECF No. 17) are DENIED as moot.

---

[1] ECF No. 9, Plaintiff's Motion to Change Venue, and ECF No. 12, Plaintiffs' Motion for Intervention, were both filed by Plaintiff Munir.


Plaintiff Munir's Motions to Define a class (ECF No. 18), to Certify Class (ECF No. 19) and to Appoint Counsel (ECF No. 20) are also DENIED.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge

March 22, 2022